UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:10-CR-34-14 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| RONALD WHALEY ) | |

**O R D E R**

On November 29, 2010, a mental competency hearing was held for Defendant Ronald Whaley ("Defendant") before United States Magistrate Judge William B. Mitchell Carter. At the hearing, Dr. Miriam Kissin, Forensic Psychologist, testified Defendant did not suffer from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings filed against him or assist his attorney in his defense. Defendant called two witnesses, Dr. Donald L. Henson and Dr. Jerome Cook, who did not disagree with Dr. Kissin's assessment of Defendant's competence.

Based upon this information, Magistrate Judge Carter has submitted a Report and Recommendation ("R&R"), recommending this Court find Defendant competent to stand trial (Court File No. 271). Neither party filed an objection. Therefore, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's R&R (Court File No. 271), pursuant to 28 U.S.C. § 636(b)(1), and **DETERMINES** Defendant is competent to stand trial.

**SO ORDERED.**

**ENTER:**

/s/

**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**